E-FILED
Wednesday, 17 October, 2018  10:23:39 AM
Clerk, U.S. District Court, ILCD

FILED

OCT 1 6 2018

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-10055 |
| | ) | VIO: 26 U.S.C. §§ 7201 & 7206(1) |
| | ) | |
| YOUSEF ABDALLAH, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
### (False Tax Return)

On or about March 14, 2014, in the Central District of Illinois and

elsewhere,

### YOUSEF ABDALLAH,

defendant herein, did willfully make and subscribe and cause to be so made and

subscribed, a U.S. Corporation Income Tax Return, Form 1120S, for the calendar

year 2013, which was verified by a written declaration that it was made under

the penalties of perjury and which he did not believe to be true and correct as to

every material matter.  That income tax return, which was filed with the Internal

Revenue Service, reported gross sales in the amount of $577,318 whereas, as he

then and there well knew he had gross sales of approximately $777,913;

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO
### (Tax Evasion)

On or about May 30, 2014, in the Central District of Illinois and elsewhere,

YOUSEF ABDALLAH,

defendant herein, a resident of Peoria, Illinois, willfully attempted to evade and

defeat income tax due and owing by him to the United States of America, for the

calendar year 2013, by preparing and causing to be prepared, and by signing and

causing to be signed, a false and fraudulent U.S. Individual Income Tax Return,

Form 1040, which was submitted to the Internal Revenue Service.

On that tax return, YOUSEF ABDALLAH reported and caused to be

reported that he and his spouse's joint income for the calendar year 2013 was

$37,072.  In fact, as defendant knew, defendant and his spouse had joint income

for the calendar year 2013 that was greater than the amount reported on the tax

return, and as a result of such additional income, there was additional tax due

and owing to the United States of America;

In violation of Title 26, United States Code, Section 7201.

3

## COUNT THREE
### (False Tax Return)

On or about March 7, 2015, in the Central District of Illinois and elsewhere,

### YOUSEF ABDALLAH,

defendant herein, did willfully make and subscribe and cause to be so made and

subscribed, a U.S. Corporation Income Tax Return, Form 1120, for the calendar

year 2014, which was verified by a written declaration that it was made under

the penalties of perjury and which he did not believe to be true and correct as to

every material matter.  That income tax return, which was filed with the Internal

Revenue Service, reported gross sales in the amount of $1,159,513 whereas, as he

then and there well knew he had gross sales of approximately $1,600,219;

In violation of Title 26, United States Code, Section 7206(1).

## COUNT FOUR
### (False Tax Return)

On or about March 15, 2016, in the Central District of Illinois and

elsewhere,

## YOUSEF ABDALLAH,

defendant herein, did willfully make and subscribe and cause to be so made and

subscribed, a U.S. Corporation Tax Return, Form 1120S, for the calendar year

2015, which was verified by a written declaration that it was made under the

penalties of perjury and which he did not believe to be true and correct as to

every material matter.  That income tax return, which was filed with the Internal

Revenue Service, reported gross sales in the amount of $1,130,504 whereas, as he

then and there well knew he had gross sales of approximately $1,483,275;

In violation of Title 26, United States Code, Section 7206(1).

## COUNT FIVE
### (Tax Evasion)

On or about April 11, 2016, in the Central District of Illinois and elsewhere,

YOUSEF ABDALLAH,

defendant herein, a resident of Peoria, Illinois, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2015, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service.

On that tax return, YOUSEF ABDALLAH reported and caused to be reported that he and his spouse's joint income for the calendar year 2015 was $119,766. In fact, as defendant knew, defendant and his spouse had joint income for the calendar year 2015 that was greater than the amount reported on the tax return, and as a result of such additional income, there was additional tax due and owing to the United States of America;

In violation of Title 26, United States Code, Section 7201.

A True Bill.
s/Foreperson


Foreperson

s/Darilynn Knauss

JOHN E. CHILDRESS
*UNITED STATES ATTORNEY*

DJK/amr